Decided May 1, 1997

RICHARD D. LAUER ET AL. *v.* ZONING COMMISSION OF THE TOWN OF REDDING ET AL.

The named plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 542 (AC 15205/15226), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's judgment was untimely under General Statutes § 51-183b, and that the untimeliness was not waived?"

The Supreme Court docket number is SC 15680.

*Nancy Burton*, in support of the petition.

*Michael N. Lavelle* and *Helen L. McGonigle*, in opposition.

Decided May 1, 1997